ATTORNEY GRIEVANCE COMMISSION    \*    IN THE
OF MARYLAND    \*    COURT OF APPEALS
   \*    OF MARYLAND

     Petitioner    \*

   \*    Misc. Docket AG

v.    \*

   \*    No. __15__

MIRA SUGARMAN BURGHARDT    \*

   \*    September Term, 2014

     Respondent    \*

   \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This matter having come before the Court upon the filing of a Petition for Disciplinary or Remedial Action, with attached certified copy of an Order of Term Suspension entered October 9, 2013 (Attachment A), whereby the Supreme Judicial Court for Suffolk County, Massachusetts ordered the suspension of Mira S. Burghardt from practicing law in the Commonwealth of Massachusetts for a period of one year and one day; and it appearing that said Mira S. Burghardt is admitted to the Bar of this Court;

NOW, THEREFORE, it is this __24th__ day of ____September____, 2014,

ORDERED, by the Court of Appeals of Maryland, in accordance with Maryland Rule 16-773(d), that Mira Sugarman Burghardt, Respondent, is hereby suspended, effective immediately, from the practice of law in the State of Maryland, pending further order of this Court; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Mira Sugarman Burghardt from the register of attorneys in this Court and shall certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all courts in this State in accordance with Maryland Rule 16-760(e).

/s/ Mary Ellen Barbera

Chief Judge